JOHN N. BENNET, Appellee,

*against*

DAVID WHITNEY, Appellant.

THE attorney for the appellant, on the *third* day of the term, moved to enter his appeal. He stated, that after the Court arose the *second* day of the term he delivered the copies certified by the Clerk of the County Court to the Clerk of this Court; and that he, with other counsel for the appellant, were detained on their way to Court, by the act of Providence.

Appellant allowed to enter his appeal on the *third* day of term, being retarded by rigour of season.

*Storrs,* for appellee, opposed the motion as repugnant to the rule of Court, and cited *memoriter* the case of *Daniel Squire* v. *Daniel Chipman,* before this Court, where, on a like motion, the Court decided the appellant should not have leave to enter his appeal.

Bennet
v.
Whitney.

By the Court. The inclemency of the season is singular and evident, and ought to operate a reasonable excuse for the neglect of the appellant. Let the appellant enter his appeal without costs.